ASSIGNMENT OF TRADEMARK and TRADEMARK REGISTRATION

WHEREAS, SBG INVESTMENTS, INC. a corporation residing in Kentucky, has adopted and/or used, is using and is the owner of the trademark and the registration thereof in the United States Patent and Trademark Office:

| Trademark | Registration No. |
|---|---|
| GET MYRA.COM (Stylized and or with design) | 4064143 |

WHEREAS, SBG 1320, LLC is desirous of acquiring said trademark,

NOW, THEREFORE, for good and valuable consideration, the receipt of which is hereby acknowledged, effective January 1, 2011, SBG INVESTMENTS, INC. hereby assigns to SBG 1320, LLC all rights, title and interest in and to said trademark together with the goodwill of the business symbolized by said trademark and registration thereof.

Signed, 21st day of August, 2014.

SBG INVESTMENTS, INC.

By: Matthew C. Jennings
Its: CEO

STATE OF KENTUCKY        )
                         )  SS.
COUNTY OF CALLOWAY       )

On this 21st day of August, 2014 personally appeared Matthew C. Jennings to me known to be the assignors above named, and acknowledged that they executed the foregoing Assignment.

NOTARY PUBLIC

G:\doc\KAC\Saved by Grace\GETMYRA.COM TM\Assign of TM SBG Invest to SBG 1320.wpd



**EXHIBIT 2**