## ASSIGNMENT OF TRADEMARK and TRADEMARK REGISTRATION

WHEREAS, SBG 1320, LLC, a limited liability company residing in Kentucky, has adopted and/or used, is using and is the owner of the trademark and the registration thereof in the United States Patent and Trademark Office:

| Trademark | Registration No. |
|---|---|
| GET MYRA.COM (Stylized and or with design) | 4064143 |

WHEREAS, MY RETIREMENT ACCOUNT SERVICES, LLC is desirous of acquiring said trademark,

NOW, THEREFORE, for good and valuable consideration, the receipt of which is hereby acknowledged, effective January 2, 2011, SBG 1320, LLC hereby assigns to MY RETIREMENT ACCOUNT SERVICES, LLC all rights, title and interest in and to said trademark together with the goodwill of the business symbolized by said trademark and the registration thereof.

Signed, 21ST day of August, 2014.

SBG 1320, LLC

By: Matthew C. Jennings
Its: CEO

STATE OF KENTUCKY       )
                        )  SS
COUNTY OF CALLOWAY      )

On this 21st day of August, 2014 personally appeared Matthew C Jennings to me known to be the assignors above named, and acknowledged that they executed the foregoing Assignment.

NOTARY PUBLIC

G:\doc\KAC\Saved by Grace\GETMYRA.COM TM\Assign of TM SBG 1320 to My Ret Acct Serv.wpd

CHANDA SCOTT
NOTARY PUBLIC
ID NO. 434344
MY COMMISSION
EXPIRES
1-7-15
STATE AT LARGE, KY

## EXHIBIT 3