UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MY RETIREMENT ACCOUNT SERVICES, LLC )
1105 State Road 121 North )
Murray, Kentucky 42071 )
)
)
Plaintiff )
)
v. )  NO. 1:14-CV-01676-EGS
)
UNITED STATES DEPARTMENT OF THE )
TREASURY )
1500 Pennsylvania Avenue, N.W. )
Washington, D.C. 20220 )
)
Defendant )
_____)

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, My Retirement Account Services, LLC, hereby voluntarily dismisses this Action with prejudice. Each side shall bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ H. Jay Spiegel
H. JAY SPIEGEL
D.C. Bar No. 405644
H. JAY SPIEGEL & ASSOCIATES
P.O. Box 11
Mount Vernon, Virginia 22121-0011
Telephone: (703) 619-0101
Facsimile: (703) 619-0110
Email: jayspiegel@aol.com